# Auguſt Term

## VI. Geo. 3.

—————

### Charge to the Grand Jury by the Chief Juſtice.

1766.

CHARGE TO
THE GRAND
JURY.

GENTLEMEN of the Grand Jury: When we opened the Court in this Place, this Time Twelvemonth, the Diſorders through the Continent, in general, were very great. Here, it was ſo great, that a Stop was put to the Courts of Juſtice, and this Court was adjourned to a diſtant Day, becauſe it was not *ſafe* * to proceed. But, through the Favour of Divine Providence, we are now in a better State, and it may perhaps be prudent to ſay Nothing

* *Qu. de hoc*, & vid. the Votes of the Town of Boſton, on the Day, to which the Chief Juſtice referred. (1)

—————

(1) The following is a copy of the votes referred to, from the town records for 1765, fol. 647 :

" At a legal Meeting of the Freeholders and other Inhabitants of " the Town of Boſton at Faneuil Hall, Auguſt 27th, *Anno Domini* " 1765,—

" The Hon'ble James Otis Eſq. was choſen Moderator.

The

Nothing of what is paſt. Diſorders, ariſing from
what was eſteemed a Violation of our Right, had
better be gone over in Silence; for it is difficult to
draw the Line, where Duty ceaſes, and Oppoſition
may begin. Yet, for Perſons under Pretence of
Rectifying publick Wrongs, to invade private
Rights is highly criminal.

1766.

Charge to
the Grand
Jury.

This Town is the firſt in the Province, and in-
deed generally takes the Lead through the Conti-
nent: I ſhould therefore be culpable, did I not ſay
Something reſpecting our future Conduct. Our
Grievances being removed, it will be beſt for us to
return to our uſual Order. A Time, perhaps, will
never arrive in the Life of the longeſt Liver of us,

nor

---

" The Town having an utter deteſtation of the extraordinary & vio-
" lent proceedings of a number of Perſons unknown againſt ſome of the
" Inhabitants of the ſame the laſt Night — Vote unanimouſly that the
" Selectmen and Magiſtrates of the Town be deſired to uſe their utmoſt
" endeavors agreeable to Law to ſuppreſs the like diſorders for the future,
" and that the Freeholders and other Inhabitants will do everything in
" their power to aſſiſt them therein.

" VOTED, That the Inhabitants of this Town will be ready on all
" occaſions to aſſiſt the Selectmen and Magiſtrates in the ſuppreſſion of
" all Diſorders of a like nature that may happen, when called upon for
" that purpoſe.

" VOTED, That the Thanks of the Town be, and hereby are given
" to the Honble James Otis Eſq. the Moderator of this Meeting, for diſ-
" patching the Buſineſs thereof.

" Then the Meeting was diſſolved."

The only mention of any further diſturbance is by Hutchinſon him-
ſelf, who ſays that on the next evening an attempt was made " to collect
" the people together in order to further rapine ; but a military watch hav-
" ing been ordered, and the Governor's Company of Cadets appearing in
" arms, and ſhewing great ſpirit, the mob was diſperſed." 3 Hutch. Hiſt.
Maſs. 127.

nor of our Children's Children, when ſuch an At-
tempt will again be made : And if not, why ſhould
we ſtill continue thoſe Broils and Animoſities, which
diſturb our internal Peace and Tranquillity. Is it
not better to go on, as formerly, with the Exerciſe
of Government, than unneceſſarily to provoke the
Parliament of Great Britain to Acts, which other-
wiſe might never be thought on ?

As the Behaviour of this Town has great Influ-
ence through the whole Province, and, as I obſerved
before, has its Weight through the whole Conti-
nent, this is the Reaſon, Gentlemen, why I mention
Things of ſo general a Nature, and which do not
ſo immediately relate to you ; but you, Gentlemen,
being returned from the Body of the County, may,
in Reſpect to the Reſtoration of Harmony and
Order among us, be extenſively uſefull.

I do not know how it happens, but Diſorders are
ſeldom confined to one Point. People who begin
with one View, ſeldom end there.

Every one muſt have obſerved, the Court I am
ſure have, through the Province, a general Diſpoſi-
tion to Diſorder, Confuſion and Riot, Breaches of the
Peace, and what is commonly called Mobs. Laws
have been thought rigorous, hardly to be borne,
which heretofore were never thought ſevere. The
Minds of the People are diſturbed, their Sentiments
divided, but it is abſolutely neceſſary for us to
unite ; and as our Intereſt is the ſame, ſo our Wills
ſhould be in Concert with Great Britain.

It

It is an old Maxim of the Law, Gentlemen, that the Laws may fometimes fleep, but they never die. It lays a great Deal with you, Gentlemen, to revive thofe, which are abfolutely neceffary for the Safety of the Community and good Order of Government; and I hope that you will fet an Example to the Reft of the Province.

The Bufinefs that immediately concerns you, Gentlemen, refpects the Crown Law; And you are fenfible, Gentlemen, that there is a ftanding Grand Jury, which meet four Times a Year, and prefent all leffer Offences cognizable at the Seffions. Capital Offences, being extremely dangerous to Society, will demand your higheft Attention. High Treafon is another Crime which may be committed here, but in few Inftances. I will mention fome which I recollect. Levying War againft the King is High Treafon; as where People fet about redreffing public Wrongs; this, Gentlemen, the Law calls levying War againft the King; becaufe it is going in direct Oppofition to the King's Authority, who is the Redreffer of all Wrongs.

Counterfeiting the King's Coin is High Treafon at Home, but we have not fettled that Point here. We have a particular Province-Law, which makes it a leffer Offence; how far this will operate upon the Law of England, we have never determined; tho' there is no Negative Claufe in our Act. (2)
Another

1766.
CHARGE TO
THE GRAND
JURY.

---

(2) Anc. Chart. 745.

Another Inſtance of High Treaſon here, may be committed by counterfeiting the King's Seal; but this has never yet happened. Theſe are all the Inſtances of High Treaſon here, which now occur to me.

Homicide, Gentlemen, is another Offence which you are to take Notice of, and this, Gentlemen, may be done, either by ſhooting, ſtriking, poiſoning, or any other Way, however ſecret, by which the Life of a Man is deſtroyed. Homicide is either voluntary or caſual: The former is Murder, the latter may be Manſlaughter, Chancemedley, or otherwiſe, as the particular Caſe may happen.

Burglary is another Offence which will come under your Examination, and is, in the Law, defined, breaking open in the Night-time, and entering into any Dwelling-houſe with a felonious Intention, whether ſuch Intention be executed or not. There has been a Difficulty in the Minds of Some, as to the felonious Intention; As where a Man enters without a felonious Intention, and afterwards commits a Felony, whether ſuch an Offence come under the Denomination of Burglary. Now I would obſerve, that the only Rule of Law is, to judge of the Intention by the Act; and, this Rule adhered to, there can be no Difficulty.

Blaſphemy, Gentlemen, is another Offence, and in the Law is a very high Crime, being of the moſt dangerous Nature; for it tends to the Diſſolution of all the Ties of Government, and ſaps the very Foundation of Society.

I

I am defired to mention another Offence, which
does not immediately relate to your Conduct.
There has been of late, a great Number of Thefts
and Robberies committed in the Day-time in
many of the neighbouring Towns; particularly, I
am informed, in Roxbury, Dorcheſter, Brookline
and Milton: And an Offence which is of very dan-
gerous Tendency, has been frequent, that in Law is
called Theft-bote; where the Perſon robbed has
taken back the Goods ſtolen, and received a Satiſ-
faction in Order to a Concealment. Indeed I
ſhould give you this particularly in Charge, had I
not great Reaſon to think the Inſtance I have a more
immediate Reference to, was committed through
pure Simplicity and Ignorance; but I hope this
publick mentioning of it, will have the ſame Effect,
and prevent the like Evil for the Future.

In a word, all high Crimes and Offences, all high-
handed Riots, which any of you know, you are
obliged by your Oaths to communicate to your
Brethren, that they may judge of, and preſent
them.

You muſt act, through the whole, with Impar-
tiality, without Prejudice in Favour of, or againſt
any One. You are bound by your Oaths to Secre-
ſy, which Jurors do not always obſerve, not con-
fidering their Oath, and the Hurt they do the
Community; and eſpecially to Individuals, who,
by their revealing Matters, which came before them,
are rendered obnoxious to thoſe whoſe paſt Offences
have made them Criminals.

1766.

Charge to
the Grand
Jury.

Gentlemen:

1766.

CHARGE TO THE GRAND JURY.

Gentlemen : You, and we are all of us accountable to the Supreme Governour of the Univerſe, for our Conduct in our ſeveral Departments.